IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MAY 21 AM 10: 14
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| JAQUELYN SANFORD, | ) |
| Plaintiff, | ) |
| vs | ) CIVIL ACTION NO. 97-RRA-0598-S |
| ALLSTATE INSURANCE COMPANY and ERIC RAINEY | ) |
| Defendants. | ) |

ENTERED
MAY 2 1 1998

## MEMORANDUM OF OPINION

The plaintiff sued Allstate for breach of contract and bad faith refusal to pay the plaintiff's claim. The latter claim is dependent upon the plaintiff's recovery on the contract claim.

Pursuant to the jury's verdict that the plaintiff's damages did not exceed $20,000, judgment in favor of Allstate and against the plaintiff is due to be entered on the contract claim. The plaintiff not having prevailed on her contract claim, it follows that the bad faith claim is due to be dismissed. An appropriate order and judgment will be entered.

DONE this 20th of May, 1998.

Robert R. Armstrong, Jr.
United States Magistrate Judge

47